# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. JOSEPH, | Case No. LACV 20-4016-DMG (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, California City Corr. Facility, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: December 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE